Exhibit "A"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**KENT, SC** **SUPERIOR COURT**

**STEPHEN REISE [Pro Se]** :

:

**vs.** : **C.A. No. KM 104-268**

:

**A.T. WALL, DIRECTOR, ACI**
**AND**
**STATE OF RHODE ISLAND**

**ORDER**

The above-entitled matter came on to be heard before Mr. Justice Pfeiffer of the Superior Court on October 22, 2004 on the State's Motion to Dismiss Petitioner's Application for Post Conviction Relief. After submission of legal memoranda and following a hearing on the matter, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

That pursuant to Rule 12(b)6 and Rule 56 of the Superior Court Rules of Civil Procedure that Petitioner's Application for Post Conviction Relief is Denied.

**ENTERED:** 10-25-04
JUSTICE OF SUPERIOR COURT

**PER ORDER:**
CLERK

Presented by:

Stephen J. Ryan
Assistant Attorney General

Dated: 10-25-04