**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**STEVEN REISE**

**v.** **C.A. No. 08 -039 S**

**A.T. WALL,** Director of the Rhode
Island Department of Corrections,
et al.

**ORDER**

Steven Reise ("Reise"), *pro se*, filed with the Court a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Reise, however, has failed to pay the initial filing fee of $5.00.

Accordingly, Reise is hereby ordered to pay the initial filing fee, or file a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
January 29, 2008