Courts Copy

United States District Court
For the District of Rhode Island

Stephen Reise (Petitioner)
VS. C.A. NO. 08-039 S
Ashbel T. WALL, et al (respondent)

OBJECTION TO the REPORT AND RECOMMENDATION OF MAY 27, 2008 BY PETITIONER Stephen Reise

Now comes the petitioner Stephen Reise, who objects to the above Report and Recommendation granting the State's "Motion to Dismiss" the petitioner's Writ of Habeas Corpus pursuant to 28 USC § 2254, based on the erroneous belief it is time barred.

Specifically the petitioner objects to pgs 4 & 5 of the Report and Recommendation pertaining to the tolling period in which the State appears to missrepresent the facts as January 23, 2007, being the end date for the Petitioner's application for post conviction relief pending in State Court. Thus, making an erroneous finding by this Court that the "one-year period began to run again on January 24, 2007", (Report & Recommendation pg 5.).

The State, as they have in the past, appear to be misrepresenting the facts to create undue delay and place an undue burden on the pro-se petitioner with total disrespect for judicial economy. The State is aware through the attached "Objection", (exhibit "A"),

that a "Motion for reargument under Supreme Court Rule 25" was filed. The State's "Objection" sought to time bar the Petitioner Reise's "Motion for an extention of time to file for reargument.....", by using the Supreme Court docket sheet, which reflected a filing date of February 7, 2007, in respect to the Supreme courts opinion of January 23, 2007, as being time barred. The State made such an argument with full knowledge that petitioner Reise's "Motion for an extension of time to file for reargument.....", was filed under the Unsworn declaration of 28 USC 1746, finding the motion timely filed as of January 25, 2007, (merely two days after the Supreme Courts opinion), the day the motion was placed in the prison mailbox, (see exhibit "B"), specifically the Certification date at pg 2.

Again the State seeks to misrepresent the facts now, as they did to time bar Reise's "Motion for an extention of time for reargument". Regardless of their appearance of misconduct on the State's behalf, both then and now, Exhibit "C" is an opinion by the Supreme Court which granted my motion for an extention of time, yet denying my petition for reargument.

This Court seems to be unaware that a timely motion for extention of time for reargument was filed and granted by the Court. That a Motion for reargument with memorandum was timely submitted February 12, 2007. Additionally, that such petition was denied on May 21, 2007, (see exhibit "C").

Wherefore, Petitioner Reise's application for post Conviction was pending until May 21, 2007, the date of the Courts opinion on the "Motion for reargument", not January 23, 2007, as the Court Suggests at pg. 5 of their Report and Recommendation.

The remaining 340 days should begin to run on MAY 22, 2007, not January 24, 2007 as the Courts Report Suggests. Reise had to exhaust all State remedies before filing his federal habeas Corpus petition, part of that State exhaustion process was filing for reargument under Supreme Court Rule 25. With 340 days of the one year period beginning to Run on May 22, 2007, as is appropriate, Reise's petition is easily considered timely filed as of January 28, 2008.

Wherefore, Petitioner Reise requests the Court reverse its decision of the May 27, 2008 Report and Recommendation and find that the petitioners habeas Corpus is timely filed under 28 USCA 2244 (d) (2) in respect to a pending State post Conviction. Additionally Reises newly discovered evidence was discovered as stated in his State Post Conviction brief through the purchasing of his medical records here at the prison on February 25, 2004, thus clearing up the matter of the footnote at page 5. of the Courts Report and Recommendation.

Respectfully,

Stephen Reise
P.O. Box 8212
Cranston, R.I. 02920

Certification
28 USC 1746

I hereby swear upon penalty of perjury that a true copy of this document was placed in the inter-department mailbox postage pre-paid and mailed to the Attorney Generals office at 150 South main Street, Providence, R.I., 02903, on this 3rd day of June 2008

5/31/08