Exhibit A pg 1 of 1

Received 2/23/07

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT

| | | |
|---|---|---|
| STATE OF RHODE ISLAND | : | |
| | : | |
| vs. | : | No. SU-06-0049 |
| | : | |
| STEPHEN REISE | : | |

## STATE OF RHODE ISLAND'S RESPONSE IN OBJECTION TO APPELLANT'S *MOTION FOR REARGUMENT*

On January 23, 2007 this Court issued an opinion denying the appeal of appellant and affirming the judgment of the Superior Court denying Mr. Reise's application for post-conviction relief. Reise v. State, 913 A.2d 1052 (R.I. 2007). According to the *Docket Event Listing* Sheet for the above-captioned case, on February 7, 2007, Mr. Reise filed an extension of time in which to reargue, pursuant to Rule 25 of the Supreme Court Rules of Appellate Procedure, his case, and on February 12, 2007, he submitted a *Motion For Reargument With Supporting Memorandum Under Rule 25.*

Rule 25 of the Supreme Court Rules of Appellate Procedure, however, provides in relevant part that "[p]etitions for reargument of causes heard and decided *** shall be filed within ten (10) days after the filing of the decision." Because it appears that even Mr. Reise's motion for extension of time in which to file a motion for reargument was submitted outside of this ten-day period, the State would respectfully submit that Mr. Reise's Rule 25 motion for reargument is untimely and should be denied.

Wherefore, the State would respectfully ask that this Honorable Court deny Mr. Reise's *Motion For Reargument With Supporting Memorandum Under Rule 25.*