Exhibit "B" 1 of 2

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE SC SUPREME COURT

STEPHEN REISE PRO-SE

MY COPY

V.

C.A. NO. 06-049

STATE OF RHODE ISLAND

# MOTION FOR AN EXTENTION OF TIME TO FILE FOR REARGUMENT UNDER SUPREME COURT RULE 25

Now comes the Pro se appellant Reise, who has been informed that the above appeal has been dismissed through the media, Reise has not been served the judgment of the Court, but is aware there is a "five day" time period in which to file for a "Motion for Reargument" under Rule 25.

Reise requests an extention of twenty, (20), days from the date he receives the Courts opinion/Judgment here at the A.C.I. Such extention is necessary due to the restraints of research in both time and preparation due to typical incarceration. Other factors include a severe problem in the failure to receive legal mail here at the A.C.I, a problem that affects more than just myself.

Wherefore the appellant Reise prays this Honorable Court will grant such request for the reason defined above.

Respectfully,

[signature]

Stephen Reise Pro Se

Certification
28 USC 1746

I hereby Swear upon penalty of perjury that a true Copy of this document was placed in the interdepartmental Mailbox, postage pre-paid and mailed to Aaron Weisman Asst. Atty. General, 150 South Main St., Providence, R.I, 02903, on this 25 day of January 2007

[signature]
Stephen Reise Pro Se