Exhibit C 1 of 1

**Supreme Court**

No. 06-49-A

Received 5/25/07

Stephen Reise :

v. :

State of Rhode Island :

**ORDER**

The petitioner's motion for an extension of the time within which to petition for reargument is granted.

The petition for reargument is denied.

Entered as an Order of this Court this ***21st*** day of ***May 2007.***

By Order,

Clerk