UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Stephen Michael Reise
Petitioner

V. CA 08-39S

Ashbel T. Wall, et al
Respondent

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on May 27, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). State's Motion to Dismiss is GRANTED and Petitioner's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED with prejudice as time barred.

BY ORDER:

Dorleen Voigs
DEPUTY CLERK

ENTER:

WSmm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 6/12/08