UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Stephen Michael Reise
Plaintiff

V.

Case Number: C.A. NO. 08-39S

Ashbel T. Wall, et al
Defendant

X **Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, Ashbell T. Wall, et al against the Plaintiff, Stephen Michael Reise pursuant to the Court's Order dated June 12, 2008 granting defendant's Motion to Dismiss and Dismissing with prejudice as time barred, Petitioner's Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

**BY ORDER:**

**June 16, 2008**
**Date**

Daniel Vorias
**Deputy Clerk**